IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY EDWARDS,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-950-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security against plaintiff Mary Edwards affirming the decision of the Commissioner and dismissing the case.

| s/ K. Frederickson, Deputy Clerk | 11/01/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |